Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DBDR LIMITED PARTNERSHIP<br><br>      Debtor. | Bkr. Case No.<br>Chapter 11 |

**AFFIDAVIT OF PROPOSED ATTORNEY AND
DISCLOSURE OF COMPENSATION**

STATE OF IDAHO  )
               ) ss.
County of Ada   )

    COMES NOW RANDAL J. FRENCH, proposed attorney for this Debtor-in-Possession, being first duly sworn upon oath, deposes and says:

    1.    That I am an attorney at law, duly admitted to practice in the State of Idaho, and in this Court.

    2.    That I practice law at 1501 Tyrell Lane, Boise, Idaho 83706, Post Office Box 2730, Boise, Idaho 83701-2730.

    3.    That my office has no connection with the above-named Debtor-in-Possession, its creditors, or any other party in interest herein, or their respective attorneys.

    4.    My office represents no interest adverse to the above-named Debtor-in-Possession or the estate in the matters upon which it is to be engaged.

AFFIDAVIT OF PROPOSED ATTORNEY AND DISCLOSURE OF COMPENSATION, p. 1
Aff of Proposed Atty\nrg\071311

5. I have received $8,961.00 as an advance payment to file the Debtor-in-Possession's chapter 11, plus $1,039 as a filing fee. From that retainer, I have applied $8,961.00 as an advance payment retainer. There are no funds held in trust. See the attached Chapter 11 Fee Agreement. At an appropriate time, I will account for all services rendered, and refund any unearned retainer or seek additional compensation if the fees for services rendered exceeds the amount of the advance payment retainer. From that retainer, I have paid $1,039 for the chapter 11 filing fee. No other attorney fees will be paid, pending further court order after notice to all parties in interest and a hearing on applications as are required by the applicable rules. I have received no other funds from Debtor-in-Possession, or for their benefit, in the one year prior to the filing of the petition in this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 15th day of July, 2011.

BAUER & FRENCH

/s/ _____
Randal J. French of the firm, Attorney for
Debtor-in-Possession

SUBSCRIBED AND SWORN To before me this 15th day of July, 2011.

_____
Notary Public for Idaho
Residing at: Boise, ID
My Commission Expires: 12/20/2012

AFFIDAVIT OF PROPOSED ATTORNEY AND DISCLOSURE OF COMPENSATION, p. 2
Aff of Proposed Atty\nrg\071311